UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

Dariesa Michelle Foster,

       Plaintiff,

                                          Civil Action No.:

vs.

                                          1:11cv383-LG-JMR

Michael J. Astrue,
Commissioner of Social Security
Administration,

       Defendant.

## JUDGMENT

This matter having come on to be heard on the Report and Recommendation [15][1] entered by United States Magistrate John M. Roper, the Court, after a full review and consideration of the Recommendation, the pleadings on file and the relevant legal authority, finds that in accord with the Order entered herein,

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Report and Recommendation [15] of United States Magistrate Judge John M. Roper entered in this cause on July 2, 2012, should be, and the same hereby is, **ADOPTED** as the finding of this Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's Motion for Judgment on the Pleadings [10] is **AFFIRMED**.

**SO ORDERED AND ADJUDGED** this the 4th day of January, 2013.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE

---

[1] Order of Remand [15] is to be considered as a Report and Recommendation [25].